THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Danny Redden, Appellant.
 
 
 

Appeal From Cherokee County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No.  2008-UP-656
 Submitted December 1, 2008  Filed
December 4, 2008  

AFFIRMED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Deborah R. J. Shupe, all of Columbia; and
 Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Danny Redden
 was convicted of second degree burglary and sentenced to fifteen years
 imprisonment, suspended on the service of six years, and three years
 probation.  On appeal, Redden argues the trial court erred by failing to direct
 a verdict in his favor because the State failed to present evidence he entered the
 premises without consent.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: Evans v. Wabash Life Ins. Co., 247 S.C. 464, 466, 148 S.E.2d 153, 153 (1966) (finding
 where a defendant presents evidence after moving for a directed verdict, the
 motion must be renewed to preserve any error for appeal); State v.
 Carlson, 363 S.C. 586, 608, 611 S.E.2d 283, 294 (Ct. App. 2005) (finding
 appellant has the burden to provide a sufficient record for review or appeal).
AFFIRMED.
HEARN, C.J., SHORT and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.